**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**DONNELL QUARTERMAN,**
    **Plaintiff,**

vs.                                               **CASE NO.: 3:05cv367/RV/MD**

**CAPTAIN VICKI L. BURNHAM,**
    **Defendant.**

---

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 30, 2005. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a de novo determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

This case is dismissed as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process.[1]

DONE AND ORDERED this 2nd day of November, 2005.

                                                      /s/ *Roger Vinson*
                                                      **ROGER VINSON
                                                      SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] Dismissal of this action does not relieve plaintiff of the obligation to pay the full filing fee in this case. Thus,t he court's Order Granting Leave to Proceed *In forma pauperis* in which the agency having custody of the plaintiff was instructed to forward monthly payments from plaintiff's prison account towards the balance due of the filing fee, remains in effect.